In the Matter of VILLAGE OF SPRING VALLEY, Respondent, against ALPHONSE SCHROEDER et al., as Assessors of the Town of Clarkstown, Rockland County, Appellants.— In a proceeding to review a tax assessment upon property owned by respondent, judgment decreeing the assessment to be invalid and illegal and directing that it be struck from the tax roll, directing cancellation of taxes, and declaring the said property to be exempt from taxation, unanimously affirmed, with $50 costs and disbursements. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ.